83,087-01

Texas Court of Criminal Appeals                    May 4,2015
Attn: Mr. Abel Acosta, Court Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Ex Parte Eliseo Rivera, Jr., Trial Cause No. CR-09E-061A,
    Appellate No. 07-09-00332-CR

Dear Mr. Acosta,

On March 30,2015, I, the undersigned, Applicant received a copy of the trial court's Findings of Fact, and Conclusions of Law in regards to Applicant's Art. 11.07. In it's Recommendations, the trial court granted partial relief for the purpose of allowing Applicant to file a pro se Petition for Discretionary Review.

On April 13,2015, Applicant received this Honorable Court's notice dated March 31,2015, advising Applicant that his Art. 11.07 along with it's progeny had been received, and presented to this Honorable Court. Applicant interpreted this notice as this Court now having jurisdiction over Applicant's Art. 11.07.

Thereafter, on April 16,2015, Applicant filed his Motion Requesting Permission for Leave of Court in order to file Applicant's Motion for Stay of Proceedings. On April 28,2015, Applicant was advised by this Court that, his Motion Requesting Permission had been dismissed without any consideration by this Court.

Therefore, Applicant humbly asks if, Applicant's presentation of his Art. 11.07, before this Court does not grant this Court with jurisdiction to timely entertain Applicant's Motions. Applicant requests if your office can please advise Applicant when it would be proper to file Motions which are crucial to Applicant's defense.

Applicant sincerely appreciates your assistance regarding this urgent matter.

Best Regards,

Eliseo Rivera, Jr. TDCJ #1617277
Dalhart Unit
11950 Fm. 998
Dalhart, Texas 79022

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk